John P. O'Neill, NLB, Dubai, Islamic Bank, Lead Case No. 25, 108 Good morning. Good morning, Your Honors. Please proceed. Mr. Isworth? Isworth, Your Honor. Good morning, and may it please the Court. Christopher Isworth on behalf of the plaintiffs. We are here this morning about personal jurisdiction. Will 4K2 and the Anti-Terrorism Act provide statutory authorization? And the Fifth Amendment does not bar the exercise of personal jurisdiction over plaintiffs' Anti-Terrorism Act claims against Dubai Islamic Bank. The district court several years ago was applying then-prevailing circuit precedent and treated due process inquiry as if the Fifth and the Fourteenth Amendments were the same. After a fold, that is no longer the case. Turning first to Rule 4K2, it has three requirements. First, there has to be proper service in conformity with Rule 4F. That was accomplished and is not at issue here. Second, the defendant must not be a subject to the general jurisdiction of any state in the union. That is also not disputed here. As DIB has affirmatively contested, it is not subject to jurisdiction in New York or D.C., the only possible areas. Well, it says that. Is that right? I mean, why do you agree that 4K1 wouldn't apply and that the you would not be entitled to have personal jurisdiction over the Dubai Bank in the courts of New York or in the Federal court under 4K1? No, Your Honor. We certainly think we can satisfy the Fourteenth Amendment's minimum contacts test. We've laid that out in the briefing. Yeah, I understand that. And is there anything in New York's long-arm statute that would prevent that? I don't think that would. Again, I think we satisfy that. But even if you disagreed with us that we would not satisfy that, you would still then proceed to 4K2. Yeah. But if you could satisfy that, doesn't that mean that you might be subject to jurisdiction in a State court of general jurisdiction? Only if... Sorry, that the Dubai Islamic Bank would be subject to jurisdiction in a State court of general jurisdiction. Right. But that would only be on a specific jurisdiction theory, and so we would then... Well, aren't you always on a specific jurisdiction theory? I mean, are you maintaining that anybody could some — anybody who had any claim against the Dubai Bank could, at least any claim under a Federal statute, could — there would be in persona of jurisdiction? And are they subject to general jurisdiction under either of these? No, Your Honor. It would be a specific jurisdiction. It would be a specific jurisdiction. And do you agree, by the way, I've been a little puzzled about this, because I don't know that it's very clear in the briefs, and maybe I just missed it. Do you agree that in order for specific jurisdiction to exist under any of these things, it would have to arise from aiding and abetting the 9-11 attacks as opposed to something like providing material aid to a terrorist organization? Well, Your Honor, I think that starts to blur the merits of the ATA claim itself. I don't think it blurs it at all. I mean, no, I shouldn't say that. It may mean that some of the factual issues would overlap, but is not the claim here, the substantive claim, which is what as a matter of specific jurisdiction would, you know, would be the basis for personal jurisdiction, would that not be based on a claim that they aided and abetted this particular tort? Yes. The substantive tort at bottom is the 9-11 attack, and it's aiding and abetting that attack. So if we were proceeding under a traditional minimum contacts analysis under the 14th Amendment, we would need to show the specific, you know, the direct effects. But if you're under a 4K, so if it's a 4K-1 jurisdiction, it would be specific jurisdiction, because you'd have to show it arises out of contacts with the forum, which is New York.  If you're in New York, so if you can meet the minimum contacts, or sorry, yeah, minimum contacts standard, then maybe that is fine. But if you're proceeding under 4K-2, that's this residual provision. It does not need to be specific jurisdiction, right? If Congress provided a statute and the defendant can provide its service on that claim, then you have jurisdiction over it as long as it doesn't, it's not inconsistent with the Fifth Amendment, which doesn't require minimum contacts. So it doesn't have to be specific jurisdiction. You don't have to show that it arrived, like, their contacts with any particular forum, you know, led to the claim, right? Correct, Your Honor. You don't have to show that Congress provided a cause of action, and you effectively meet the other requirements of 4K-2, and you provided service on that, right? Right. So just to step back one second. So there's 4K-1A, which is 14th Amendment, traditional, what we've been doing since international shoot. Then there's 4K-1C, which would be a specific Federal statute in which we think we can show with the ATA, and that's what went up in fold with the PSJ-VTA. Wait. Why is the ATA? So the PSJ-VTA talks about when you can exercise personal jurisdiction over a defendant. The ATA doesn't do that, right? Well, Your Honor, I think you can read the nationwide service provision in 2334 alongside JASTA explaining they meant to extend it to the broadest possible reach, wherever the defendant is. But then there's, like, an intent to, like, reach any possible defendant, right? But there are no personal jurisdiction provisions, right? Which is why — okay, I get it. If you understood it that way, you'd need 4K-1C. If you understand that — 4K — but, again, I agree with you. But I thought that when we get to 4K-2, you no longer need a special statute, and you no longer need, you know, specific jurisdiction arising out of context with the forum. You just need to meet the 4K-2 standards. Exactly, Your Honor. 4K-2 is the Federal long-arm residual statute. So if you meet first and second prongs, which we have here, then you are — the only restraint, then, is the due process limits to the extent they exist under the Fifth Amendment. Now, the Supreme Court in full told us that that analysis is more flexible than the traditional minimum context test under the Fourteenth Amendment. And we think if — even if you just line up — But it didn't tell us exactly what that meant. Correct, Your Honor. All right. Correct. So we're in uncharted territory. Correct. FOLD tells us that it's more flexible. Well, it doesn't tell us what's necessary, but it tells us what's sufficient. Exactly. It may be that nothing is necessary, right? Correct. The Court reserved that question. But if you do the reasonableness factors, the, like, Asahi reasonableness factors, right, that's what they do in FOLD. That's what they do in FOLD, is they look to see what the connection was, the specifics of the statute, and the fact that it was reasonable. And I think it's important to find here — No, but in FOLD, they were looking at an act of Congress. And the originalist analysis that goes back to Justice Story talks about the power of Congress to dispense with, in the international context, any traditional notions, which, of course, at that time were much narrower than the in personam jurisdiction that eventually shows up under international shoe under the 14th Amendment, right, that you sort of had to serve somebody in person in the place. And Justice Story said Congress can dispense with that. And they clearly did dispense with that in the — I'm sorry, I will never go get the initial straight of the — The statute in FOLD. The statute in FOLD, right. They clearly did that there. Congress did that. So you're suggesting that 4K2, in 4K2, by Congress, at a time when international shoe ruled the airwaves, allowed to go into effect something that the Supreme Court approved to go into the Federal rules, was effectively doing the same thing that Congress evidently thought it needed to do by a special statute when it adopted the statute affecting the Palestine Authority. A couple of responses to that, Your Honor. First, I take your first question about whether the difference between a rule or a specific statute. The rule is promulgated under the — well, 28 U.S.C. 2702. And so that rule went into effect. Congress had six months to study it, studied it, very intentionally was reaching out beyond the traditional general law principles of what jurisdiction would be, and authorized it. As to the PSJVTA itself, I mean, I think it's important to look at that statute in the history. It wasn't necessary, right? I mean, under your theory, there was always jurisdiction in FOLD because of 4K2. Yes, Your Honor. I agree with that. There might have been if we got to 4K2, right? But we did not need to get to 4K2 because Congress provided a special statute, so we were in 4K1C. Correct, Your Honor. But it might be that, you know, there might be some reason why they couldn't meet the requirements of 4K2. There may be, but I think it's important to look at that statute in the statutory history, where Congress, when it enacted the ATA in the early 90s, intended that to reach as far as the Constitution allowed. And then this Court has issued several decisions, and Congress has responded to those decisions with JASTA. It has responded to those decisions. I know what it is. So the statute in FOLD, right, so the reason why we're in 4K1C is because the statute explicitly provides a rule of personal jurisdiction, right? So Congress has decided when to exercise personal jurisdiction. But Congress did not define the due process limits in the statute in FOLD, right? Congress said we're going to exercise jurisdiction. So the Supreme Court does two things. It says we're going to decide that the statute is a constitutional exercise of Congress's power, and then we're going to decide whether the exercise of personal jurisdiction under the statute comports with due process. And then they apply the Asahi reasonableness factors, which may or may not be necessary but are sufficient, right? So it's not as if Congress provided a due process rule in the statute. No. The due process rule comes from the Fifth Amendment. Correct. The Fifth Amendment defines due process. And I think it's important to note that in 4K2, Congress also didn't adopt a particular  Right. So then the idea is that so 4K2 also has the status of a statute. It's a law. It's a requirement. We follow it. And Rule 4 has rules for extraterritorial service of process, which you complied with here.  So you affected service on the defendant. And so then, you know, it tells us to make sure that the exercise of personal jurisdiction in this case is consistent with the Constitution and laws, right? Correct, Your Honor. And so that is looking at the same thing that the Supreme Court is doing in fault, which is what does the Fifth Amendment require? That's correct, Your Honor. And I do want to note, you know, even the district court in finding that minimum contacts were lacking held that it would be reasonable to hold jurisdiction over DIB in this case. Right. It does the Asahi factors. Correct. The district court says that it is reasonable, right? Exactly, Your Honor. And so I think the district court says the Fifth Amendment may or may not require the Asahi reasonableness factors, but it certainly doesn't require the minimum contacts analysis, right? Is there any way to square what the district court did with that Holden? No, Your Honor. The district court was following then prevailing circuit precedent, which said the Fifth and Fourteenth Amendment were equal or applied the same test essentially. That was clearly wrong after Fold. And so at a minimum, we think the court should speak. So you're asking in part, at a minimum, remand bank for analysis in light of Fold? Correct, Your Honor. I think that's the minimum step. I do think there are, you know, we've seen, I guess, two district court decisions that have confronted this squarely in the Orient case out of SDNY and the Finan case out of EDNY, which have applied 4K2. There's some discussion in those cases as to what – how far the Fifth Amendment actually reaches or what limits. Let me just make sure that we're not – or I'm not under any misimpression. Your argument – so there are two potential reasons. Your argument that insofar as the rest of 4K1C is directly attached to the Anti-Terrorism Act provision of 2334, is that correct? Yes, Your Honor. It's a nationwide service provision. So it relies on a reading of 2334 that would permit jurisdiction in this case. Correct? In the Anti-Terrorism Act. Correct. Yes. And you saw the argument from the other side about another reading that says – well, it says defendant in the district or whatever the language is, and that necessarily narrows the circumstances under which there could be an exercise of jurisdiction under 2334A. What is your response to that? Yes, Your Honor. On its face, it is a – That's a textual argument. Yes. It is a – on its face, a nationwide service provision. So it would authorize service in the United States. We obviously did not serve DIB in the United States. Correct. However, JASTA then goes on and the enacted statement of purpose and findings goes on to say that Congress intends for jurisdiction in these claims to be wherever they were acting and wherever they are. But that was in those claims, right? I mean, that's in the statute that was specifically about the Palestine organization or I'm mistaken about that. Sorry. I'm talking about JASTA from 2016, which is the one that adds the aiding and abetting provisions explicitly to the ATA. Yes. But come on. I mean, you know, when the other side cites the advisory committee notes for Rule 4K and says we think there's a minimum contacts requirement, you say, but that's not part of the rule, right? But now you're telling me the statute says nationwide service of process. But the statement of purpose says they really wanted to reach defendants wherever they are, right? So, like, it can't be both of those things, right? It can't have both ways. Well, the distinction here, I think, is that those are enacted congressional findings. They went through bicameralism and presumption. I mean, I don't doubt that it is, yes, it's an enacted statement of purpose, so you understand the operative provisions in light of the statement of purpose. That's fine. I agree with that. It's not illegitimate to look at that. But it can't override what's actually in the enacted operative language, right? Well, the upshot of that, then, Your Honor, is back to what we were discussing earlier, which is 4K2, which is much more.  So that's my clarifying question. Your strong argument is 4K2. That's really bottom line. Yes, Your Honor. I think the easiest way to decide this case is to proceed under 4K2, to apply, fold, to analyze this case similar to those factors. But are you also saying, I think, and I just want to make sure I'm clear on your position, in response to Judge Lohier, you agreed that your position under 4K2C depends on a reading of 2334 in the Nationwide Service. Are you also arguing that we don't need to do any work here because Judge Daniels did apply the relevant factors? He then went on to say, but that's not good enough because the 13th Amendment and the Fifth Amendment are co-equal or whatever, and we need minimum context. But are you not – are you taking the position also that when Judge Daniels talked about reasonableness, he was talking about the same thing the Supreme Court was talking about in fold, and therefore we know how this case comes out under fold? Judge Daniels was applying the 14th Amendment's version of the reasonableness analysis under Asai. We know from fold that to the extent that is required at all by the Fifth Amendment, it is a more flexible version. So, yes, I would submit that Judge Daniels' analysis on that point is correct. I don't even understand my friends on the other side to challenge it. And so I think – Well, there's a legal question for us to decide, right? Yes, Your Honor. So, like, it might be that we were to decide that rule of 4K2 incorporates a default rule of minimum context because that's what the prevailing understanding was in 1993. And if we decided that, then the reasonableness analysis wouldn't be sufficient. We could decide that the reasonableness analysis is sufficient, and then to the extent that Daniels has already made factual findings supporting that, we would accept those findings. Or we could decide that the Fifth Amendment doesn't require any limitations, right? Like, so there's a legal question first, right? So, like, we don't know, you know, whether the reasonableness factors are the test, right? So there's a legal question to be decided, and to the extent that we think there already has been findings supporting that test by the district court, then it might be that there's no need for further proceedings. Yes, Your Honor. And I guess the one thing you said that I want to respond to is on 4K2, this idea that there's a statutory minimum context test. I want to note that unlike, say, the venue statute, which specifically refers to contacts in the forum, or when in the habeas statutes, when Congress says we're taking the Constitution as the Supreme Court has decided it, and that's the test we're making against it.  I wasn't saying that that is the answer. I'm just saying that that is a possible outcome of this appeal. There are three possible, at least. Yes, Your Honor. Although I think you might be suggesting that a sort of Occam's razor approach would say, it would be one way of reading Judge Daniels' opinion, is that we already know from Folt is that applying the reasonableness standard was good enough to satisfy the Fifth Amendment, then if Judge Daniels has already done that and we don't find any flaw in his analysis under that rubric, that the case is over. As to jurisdiction, Your Honor, yes. I think that if you're looking for the simplest, cleanest way to decide this case, it is Rule 4K2. It is applying Folt, which got into the reasonableness. We think exercising jurisdiction here, where DIB has itself come into SDNY and tried to prosecute cases around the same time as the 9-11 attacks, that it is completely reasonable to exercise that jurisdiction. But so then why are you asking – why do you also say that the best decreed result is to remand back? I'm saying that as a bare minimum. As a bare minimum because of the fact that it's precedence, right? We only have – we have a dismissal based on constitutional jurisdiction. But just in light of Folt, you want this to – you want Judge Daniels, as a bare minimum, you think Judge Daniels should revisit in light of Folt, right? I mean, I'm just aware of the, you know, Your Honors don't like to be the ones to do this side of these things first.  And so that is the common practice. However, we think on this record given Folt that it is clear enough that you could. When you say this record, you speak about the reasonableness analysis, right? Based on what facts? CIA findings or what? Well, reasonableness goes more towards the burden that it would impose on, you know, DIB to be here. It goes to the United States' interest into having this case here. Those all rest on some sense of facts, a factual record about the burden, correct? I mean, I think you. What are the facts? On the burden? Yeah. I don't think there – I don't think it would be a burden here. This was. Well, that's very easy for you to say. What are the facts? I think the question as far as the facts of what would be a burden to appear here I think is more to maybe a question posed better to my friends on your side. But your view would not be that the burden on the defendant analysis under the reasonable factors depends on anything in the CIA materials. Your view would be the way you evaluate that question is that the Dubai Islamic Bank is a sophisticated litigant that has counsel that is appearing in this proceeding and is able to litigate in the forum. It's not, you know, it doesn't go to the whole history of the connections between the bank and Osama bin Laden or anything like that. Correct, Your Honor. The other things you would look to are the United States' interest in having this case in federal court and the plaintiff's interest in prosecuting it here, which is probably the only place that this could be prosecuted. All right. We'll hear from Mr. Francisco. Thank you, Your Honor. And you've reserved some time for the panel. Judge Lohier, may it please the Court. The whole premise of decisions like Fold, Paquette, and Toland is that extending personal jurisdiction to foreigners acting abroad has enormous foreign policy implications. That's why there has to be irresistible proof, that's from Paquette, that Congress did that through positive legislation, that's Toland, in order to ensure that the political branches decided to incur those foreign policy consequences. As the Supreme Court held in Fold, Congress did that with respect to the PLO and the Palestinian Authority. But that's why in Fold we're operating under 4K1C, right, because Congress has a statute that talks about personal jurisdiction, right, but 4K2 itself, you know, is a legal standard and provides rules for service of process. Your Honor. You're not saying that that is unlawful, right? I couldn't disagree more strongly on the 4K2 argument if I could unpack this, because I know this is critical to the way this case is being argued. The first point I would make is that 4K2 does not even arguably reflect the political branches' judgment to extend personal jurisdiction to the four corners of the world. Where was the President when it came to not overriding Rule 4K2? The President is the single foremost actor in this country in the area of foreign affairs, yet when Congress decided not to overrule 4K2, the President played no role whatsoever. Secondly, I think Fold itself fully answers this question. Congress passed the statute it passed in the Fold case because it believed it needed to. And if I could just give you one snippet out of the Supreme Court's opinion, quote, rather than subject to jurisdiction in its courts a broader range of potential defendants, each of which presumably would implicate distinct foreign affairs concerns, the Federal Government took a narrower attack, focusing only on the PLO. That careful, deliberate decision makes no sense if Congress had inadvertently extended personal jurisdiction to the PLO 30 years earlier when it declined to overrule 4K2. So even in the realm of 4K1A, where we're talking about whether a defendant is subject to the jurisdiction of a court of general jurisdiction in the state, right? Since we've had the adoption of the rules, there are lots of developments that have changed the scope of who's subject to jurisdiction, right? We've had Daimler and Mallory and, like, lots of changes and so on. You wouldn't say that the Rule 4, like, freezes the time, the understanding that existed at the time of that the rule was enacted, right? It's referring to, like, what the actual standards are based on the current doctrine. Well, Your Honor, two other points that I think are responsive to that. The next point I wanted to make, which I would hope you would at least find somewhat persuasive, is if Rule 4K2, if Rule 4K2 means what my friends think it means, I would suggest that it would be the clearest possible violation of the Rules Enabling Act and the Major Questions Doctrine that one could imagine. And let me explain why. Suppose that the Rules Committee actually decided to adopt the statute at issue and fold as part of the federal rules. So Rule 4K8, the PLO shall be subject to personal jurisdiction in United States courts if they continue to maintain an office in the United States. Nobody would think that that was within the Rules Committee's authority. Yet their interpretation of Rule 4K2 is even broader than that, because it sweeps in not just the PLO and the Palestinian Authority, but everyone else, which leads me to my final point, and it's what — Well, everybody else, if they meet the — if there's a cause of action that encompasses them and then you can effect service on them extraterritorially — Through publication. Right. That's their theory. You could serve through publication. You could put an ad in the Financial Times. But the reason why you can serve through publication, isn't it because that those are the rules of the foreign jurisdiction for serving? Yeah, and it's a pretty extraordinary proposition. Sort of like the Palestinian Authority adopted a rule that didn't allow to act or something. You know, maybe it couldn't have been served to some people. I actually don't think that that's the case, but that actually leads me to my final point, which is what does Rule 4K2 actually mean properly understood? Now, Rule 4K has been amended many times over the last 30 years. Alongside of all of those amendments, we have had an unbroken stream of authority from the lower courts understanding Rule 4K2 just as the Advisory Committee understood Rule 4K2, that all it does is apply the minimum contacts test on a nationwide basis. But that's because — that's because at that time, that's what the understanding by those courts of the constitutional rule was. Sure. The courts saying we're looking at a world in which the Fifth Amendment has a whole different set of rules, but we think that the old set of rules is embodied in 4K2. And what I'm saying, Your Honor, is that even if 4K2 was a statute, and it's not, even if it were passed by Congress and signed by the President, it's not. When you have a statute that has been subject to a particular interpretation by the lower courts over time, and that statute has been amended and they haven't changed the underlying language, the well-established rule, even for the strictest of constructionists, is that that statute takes on the meaning reflected in the courts. I want to emphasize that. I'm asking for a pretty — If it's a term of art, it carries the old soil with it. It, like, takes on the background understanding or so on. But here the term is the United States Constitution and laws. I mean, you're not saying the United States Constitution is a term of art that has a particular meaning that departs from the actual Constitution, right? It's cross-referencing an actual document that we can consult.  I guess I'm making a couple of points, Your Honor. My fundamental point is there is simply no way you can say that Rule 4K2 reflects the considered judgment of the political branches to extend personal jurisdiction to the — I understand that. But, like, just in terms of the argument you were just making about it taking on the understanding at the time, that's if there's a term in the statute that could be understood one way or the other, we give it the judicial gloss that it's achieved. But here it's not like a legal concept. It's referring to a document, which is the United States Constitution, that we could look at. Yeah. I actually don't think that's how it works, Your Honor. I think that it basically reflects that you have this back-and-forth between the courts and, assuming 4K2 were a law, which is not, the legislature. And when you have that back-and-forth, and for whatever reason, the courts coalesce around a particular meaning, and for whatever reason — What is the language in 4K2 that enacts that meaning? Your Honor, I would just say 4K2 in general, when you look at it against the backdrop of — But you don't know that you're stalled. Even Justice Scalia, Your Honor, in many cases — It requires some context analysis. Even Justice Scalia, Your Honor — Are there penumbras in 4K2 that, like, sort of adopt what the courts had said in 1993? In many cases, Justice Scalia, Justice Gorsuch, and other very strict test clues have made clear that when you interpret textual language, you look at the problem —  So I'm asking, what's the textual language that — Yeah. Yeah. You look at the problem that they were trying to resolve. And I give you an example of where sometimes the text in a jurisdictional rule that mirrors the text of the Constitution has a different meaning in the rule than the Constitution. 1332, Federal Question Jurisdiction. The Article III and 1332 have been — I totally agree that it's possible that you could have a phrase in a statute that takes on an idiosyncratic meaning based on a preexistent understanding or whatever. I'm just asking, what is that language in Rule 4K2 that has that meaning? To me, it's the entire phrase against the backdrop — What is the phrase? Consistent with United States constitutional laws? Personal jurisdiction, blah, blah, blah, consistent with — I'd include it all. I'd include the backdrop against which it was passed to solve the omnicapital problem. And I'd include the fact that every court has interpreted it. But you know what? My more fundamental point is, even if you disagreed with me, even if you thought that is inexorably what Rule 4K2 meant, there is simply no way one can possibly conclude that 4K2 represents a judgment of the political branches. You remember what the consequences —  Does that mean that 4K2 is unlawful because it violates the rules enabling it? Your Honor, what I would say is that you ought to interpret 4K2 in a lawful way, which is how courts have interpreted it. But if you think about what the consequences that the Supreme Court — Your Honor, if I could just — It would be lawful if it incorporated a minimum context test, but would be unlawful if it incorporated a full reasonableness test? Your Honor, I think that if it incorporated the minimum context test, it would plainly be lawful. The larger point, though, is that under cases like Toland and Paquette, and frankly, Your Honor, even under your opinion, you talked about needing clear legislation in order to override the background principles. The consequence that the Court was talking about in Fold was the reciprocal consequence if we decide to extend personal jurisdiction to the four corners of the world. The risk is that other countries are going to subject our citizens to the same thing. Now, the Supreme Court in Fold — There were sort of background norms of international and general law that talked about, you know, when a country's courts could exercise jurisdiction, right? That's the understanding in Paquette and Toland and those kinds of things. As it's been liquidated into our common law. That when the Rule 4 case says that the United States Constitution and laws, it somehow incorporates those sort of international law rules that operate as a kind of default rules? Your Honor, I think it's well established that due process of law means in accordance with law. That means in accordance with our statutes in the absence of a statute, in accordance with our common law. And our common law has liquidated into the common law background principles the settled usage and practices of the time. So those international law rules that Congress could override sort of are part of our common law that we apply through today. Yes, Your Honor. Always in personal jurisdiction. TAG jurisdiction. There's no statute for TAG jurisdiction. That's part of the background principle of personal jurisdiction. Consent jurisdiction. That's part of the background principles of personal jurisdiction. Same with minimum context. I just want to explain. What I'm suggesting is a — Isn't there a definition with, like, Erie to say that there's, like, this kind of general law principles about when you can exercise jurisdiction that we could then apply as part of our — That's how it's always applied. Why else do you have TAG jurisdiction establishing personal jurisdiction? I'd like to — I always enjoy it, listening to these intramurals among textualists, where some of them are trying to justify reaching a result that isn't actually textual. And that's fun. Could I ask you about 4K-1? Mm-hmm. 4K-1. Would you agree that if the defendant in this case was a still-living Osama bin Laden, there would be personal jurisdiction in New York, and 4K-1 — Can I get the hypothetical again, Your Honor? I'm not sure I — The defendant is Osama bin Laden. He has survived. And he is being sued by these plaintiffs for the 9-11 attacks. I think I would concede that — And that is because — Would it satisfy 4K-1? It would satisfy the minimum contacts. It would satisfy the minimum contacts. I mean, I guess you have to look at what New York law actually provides with respect to people who aid and abet a tort. But you would agree that Osama bin Laden was an aider and abetter. He didn't fly a plane into the towers. I would say that Osama bin Laden was a conspirator far more than an aider and abetter. Well, we're talking about far more. He was an aider and abetter, was he not? Sure. Classically. He aided, abetted, counseled, induced, and procured. Sure. The godfather is an aider and abetter when he orders someone to commit an attack on someone. Right? Okay. So if we were to look at 4K-1 in this light, what would we have to find, or would we not need to look to something that very much overlaps the substance of whether there is a case that the Dubai Bank aided and abetted the 9-11 attacks? Your Honor, respectfully, the district court actually squarely addressed this. I point you to page 25 of its opinion and 21 footnote 11 opinion. I'm asking what you think. Yeah. And here, if you look at this record, even most charitably to them, and even accepting the CIA documents, which I think are inadmissible, but I'll put that to the side. The most that they can show is that the bank provided routine banking services in Dubai to entities that later turned out to be affiliated with al-Qaeda. Twitter, Smith & Wesson, Ashley, all make crystal clear that that doesn't come anywhere close to establishing aiding and abetting liability. But now, as a matter of in personam jurisdiction, would the standard be for the district court that the district judge gets to decide whether the Dubai Bank aided and abetted the attacks, or would the district court not be required to uphold personal jurisdiction if a reasonable jury on the merits could find those facts? Well, Your Honor, you're at the summary judgment standard. I understand. So I think you'd essentially be applying the summary judgment standard. Yeah, I'm just trying to do – I mean, there is an argument that you are making that we should just skip all of this complicated, wonderful, abstract, abstruse discussion of in personam jurisdiction and get to the merits, which is something that we don't normally do. On the other hand, if as part of our analysis of in personam jurisdiction we looked at 4K1, would we not be applying in that enterprise the same standard that we would be applying if we were to skip over in personam jurisdiction and go right to the merits? So I think that there's a lot of overlap. But the way that I look at it is there's sort of two threshold questions. The first question is, has there been a judgment by the congressional branches to extend – by the political branches to extend personal jurisdiction to this context? If, as I submit, the answer is no because 4K2 doesn't suffice, then you apply the ordinary default rule, which is minimum contacts, which is the same standard you'd be applying under Rule 4K1. And then you do have to get into the facts as to what happened here. The district court assessed those facts and I think correctly found that they don't come anywhere close to showing that the Dubai Islamic Bank actually purposefully directed its conduct towards the United States. Well, what about knowingly provided substantial assistance? Not even close, because if you look at cases like Twitter and Smith & Wesson, if all you have done – it's knowing and substantial assistance, conscious and culpable conduct. If all you have done is provide routine banking services, and even the CIA reports concede that when Luta was allegedly stamping letters of credit, that was probably just a routine banking service. You have routine banking services, no special treatment. There's no allegation that these accounts were treated any differently than any other account. That is the very opposite of knowing and substantial assistance. And that's true even if you assume – and I think it's wrong to assume this – I didn't know that argument. I guess what I was trying to think through was whether reaching that discussion requires pre-dermitting the in personam jurisdiction analysis or whether if we looked at 401 – 4K1 first, we would be essentially doing that analysis the same way. But on the other hand, is the argument then that would be just dictum as it pertains to in personam jurisdiction because it would not lead to the conclusion necessarily that there is no in personam jurisdiction because we would still have to consider 4K2 and get into all the stuff that you guys are fighting about. I think that's – I think that's right. I think that's right. But one other way that you could short circuit it, which we suggested in our brief, is you could just jump over the personal jurisdiction analysis entirely and go straight to the aiding and abetting analysis. But my fundamental point is, yeah, I think you probably do have to get yourself to 4K2 or do the minimum contacts analysis under 4K1. My fundamental point is, as the case law is quite clear, it's the political branch's decision to make that very important foreign policy decision to extend personal jurisdiction out into the world. But that's peculiar. Right. I mean, it would be peculiar to say that under 4K1, wouldn't it? I mean, it's always been the notion that if there are substantial contacts, there would be jurisdiction. Whether that is required is what we've been talking about. But it's hard for me to see how it would not be a substantial enough contact, just a single act of if the guy at the Dubai Bank said, God bless you, Osama, I think you're doing a great job here and that's why I'm lending you this money so that you can use it for your plan to go and attack the towers in New York. You're saying that would still be unconstitutional as a way of applying 4K1? No, Your Honor. I'm not saying that. I'm saying that if you apply 4K1, you have to apply the minimum contact standard. Right. Under our view of the way 4K2 works, if Congress hasn't overridden the minimum contact standard and 4K2 doesn't override the minimum contact standard, at least it's not the political branch's judgment, you still apply the minimum contact standard. So whether you go under 4K1 or 4K2, it's the minimum contact standard. In your hypothetical, there's the question whether or not it satisfies the minimum contact standard. And we'd all agree that it does. I think that one probably would. But your argument on the substance is, of course, they don't come close to meeting the minimum of the facts. Exactly. Because in this case, it's undisputed that no account was used to fund the September 11th attacks. It's undisputed that no account was used to fund al Qaeda more generally. And I'd like to give you the cites on this, because they are directly on point. With respect to no funding of September 11th, I point you to Joint Appendix 3075 and 3080. 3075 is about Aziz Ali, the guy who fled out of the country right before September 11th. Plaintiffs admit that they are not in possession of evidence that money was withdrawn from Ali Abdul Aziz Ali's DIB account for direct support to the 9-11 hijackers or other 9-11 plot participants in carrying out the 9-11 operation, nor evidence that Ali withdrew funds before the 9-11 attacks in support of his own activities. So your view, just so that I understand, is that it would be futile to remand this back to Judge Daniels to analyze those facts or the lack of factual record on the 9-11? If you agree with me that the minimum contact standard is the standard that applies here, because that's the default rule and the political branches have not overridden that default rule, then Judge Daniels applied the correct legal standard. And the question is, did he err in applying that correct legal standard? I'd like to emphasize it's a very – Well, they have to decide the jurisdictional question, right? Like we can't – like a court can't enter a judgment on the merits unless it has jurisdiction. Agreed, Your Honor. You've got to decide the jurisdictional question unless there's an exception to the Steele Company. And we've made our argument. I mean, we made our – you know, our circuit. I've criticized this, but our circuit says, well, if it's a statutory jurisdiction, we're not – but this is constitutional because you're saying it's a process. This is – is the same true for intersonim jurisdiction always? I don't think so, Your Honor. I think courts often do – jump over personal jurisdiction and address the merits. Because intersonim jurisdiction is a protection for the defendant. So it's not a restriction on the power of the court as such.  So if the decision is ultimately to go in favor of the defendant, it's a little hard for me to see why the same rules that apply with respect to subject matter jurisdiction limits on the court. I mean, the defendant is not going to be complaining about it. He's only going to complain about – I think that's – About a judgment against them. I think that's completely fair. But it is the – it is a limitation on the authority of the court to reach out and over an unconsenting defendant who is beyond the reach of the court. And I take it you are not consenting to the jurisdiction. We're not consenting to personal jurisdiction, not in the slightest. What I would like to emphasize, though, is the narrowness of the rule that we are suggesting here. Yes. Under my – under our view, I'm willing to assume for the sake of argument that the Due Process Clause imposes zero limits on Congress's ability to override the background principles of jurisdiction – of personal jurisdiction. I don't actually agree with that, but I'm willing to assume for the sake of argument that Congress has unfettered authority. You don't need to address that issue in this case. The only question in this case is, does Rule 4K2 reflect the political branch's deliberate decision to do that? I think the argument is that the political branches – there needs to be a decision of the political branches to depart from the default rules. But why is it that the minimum contact rule is the default rule? Where does that come from? Your Honor, I think it comes from a lot of things. It comes from a long line of cases in this Court. So I think most – it's sort of like, you know, tag jurisdiction comes out of the common law. Consent jurisdiction comes out of the common law. But I don't get the idea that you're just saying it's, like, given to us by the common law as the default rule. Well, I think it's a little bit of both, Your Honor. Even if you don't believe in substantive due process – some people do, some people don't – even procedural due process folks think that due process of law means in accordance with law, and what that means is in accordance with the statutes and common law of the United States. Now, to that type of jurist, Congress can always override those background principles of statutory and common law. But unless and until Congress does, that's what sets the due process baseline. Yeah, but there is actually – the problem is there is – minimum contact is not part of the common law. Minimum contact was not part of the traditional common law the way tag jurisdiction was before the 1930s and 1941, whenever International Shoe comes in. And International Shoe comes in as an interpretation of the Constitution and says a state can exercise jurisdiction under these circumstances. That's a constitutional rule. Then the states have to enact statutes – or Congress, I would take it, has to enact a statute to adopt – to grant that in person of jurisdiction. New York has an old-fashioned – we were, as usual, first and therefore have the oldest infrastructure – adopted a statute that listed a bunch of things and said these will be good enough contacts to give you jurisdiction in New York. Other states said up to the limits of the due process clause more recently, and that melds the state authority with the Constitution. But one way or another, doesn't a – either Congress or a state, as the case may be, have to grant in personam jurisdiction to its courts? The fact that it would be constitutional for it to do so doesn't inherently mean that the courts now have inherent common law authority. I don't think I agree with that, Your Honor, because there are instances in which there is personal jurisdiction without a congressional grant of authority. There are. And that's things like tagged jurisdiction. Things like tagged jurisdiction, excuse me, which predated. Sure. And what I would submit is – what I would submit is that it's pretty well established that part of our background common law tradition are principles that are grounded in the law of nations. And our common law has liquidated the law of nations in particular ways. The law of nations standard, as Judge Manasseh explained in his dissent, requires that the conduct have a substantial direct and foreseeable effect in the United States. If you actually look at the restatement, what they describe is that that is drawn from the international shoe standard. And so I would say that the way we have liquidated that principle in our common law is through the international shoe minimum contact standard. So it is on par with tagged jurisdiction. With consent jurisdiction. One of the background principles of law that govern unless Congress overrides  Even though international shoe purported to be a due process clause, because it just kind of became firmly rooted in our tradition, it somehow was incorporated – it became incorporated into, like, a kind of customary background law? Yes, Your Honor. I absolutely think that that's kind of – you know, United States is the biggest country in the world. So when we make pronouncements about what principles of personal jurisdiction are, that actually has an impact on the law of nations. It's the biggest nation of the world. When you have background principles that govern your courts, that informs how the law of nations standard evolves. It's become customary international law. Yes, Your Honor. I think it has. I think that the minimum contact standard has become customary international  standards as part of the 14th Amendment. The Supreme Court says, actually, that's not required under the Fifth Amendment. But, oh, because we've been operating under that misapprehension for so long and other countries sort of liked it. It's exactly what the Supreme Court was getting at. Even if you look at Justice Thomas's concurring opinion in full, look at the way Justice Thomas frames the issue. He says this case is all about whether Congress can extend personal jurisdiction. Well, extend it relative to what? Extend it relative to the background principles that would otherwise apply. Yes, Congress has the authority to override the common law. Congress has the authority to override the law of nations. I think I understand your argument. But let me ask you a question about the minimum that your friend, Mr. Isworth, mentioned as a decretal matter. Sending it back to Judge Daniels to understanding your argument, to consider the full decision with respect to its analysis, also understanding that he made, you think, enough of a factual record to have it prevail on the minimum context issue. Well, Your Honor, we have a fully developed factual record here. So what we're arguing about in terms of what full means and how it applies is really a purely legal question. This Court has it before you. And I would submit that the appropriate course would be to clarify what full has actually held in this context. And I would urge you to do it along the lines that I have outlined here today. Is there no benefit to returning it to the Supreme Court? So here's why. And I was going to get to that next. Here's why I actually don't think that there's a benefit. The district courts in this circuit are actually bound by your decisions, even in light of Supreme Court precedent, unless the Supreme Court formally overrules them or you have clarified what they mean. I would argue that it's quite clear that all full does is hold that if Congress overrides the minimum context standard, then the minimum context standard no longer applies and there are some undefined outer limits of due process. Well, this, but here Congress hasn't overridden it. So what the district courts are going to be left with is all of your prior decisions interpreting Rule 4K2, which say that in the absence of a congressional statute overriding the minimum context standard, 4K2 incorporates the minimum context standard. So I actually think it's incumbent upon you to provide a little bit of clarification here. I also would add, just as a practical matter, you know, we represent clients. Clients are spending a lot of money on these cases. That has to stop us in the past. I agree. But I always like to urge courts to, I know you're mindful of that, but just a reminder. Thank you very much. Thank you, Your Honor. Just a few points, Your Honors. First, I fundamentally disagree that Rule 4K2 is somehow not reflecting the judgment of Congress. But even if you had concerns with how far 4K2 could be read and the statutes that could come in under that, this is an ATA case. Congress and the President together have repeatedly, time after time, explained that they intend these cases to reach to the breadths that the Constitution allows. And so to the extent there's any worry about how far this kind of case goes, Congress and the President have answered that. Moreover, they have also included provisions where the President can step in and request a stay from the district court if the way the case is proceeding presents these foreign policy problems, and that that is sufficient here for that. Second, on the factual record, I just want to point out, the Ali account was an operational account for 9-11. Whether or not the funds were specifically handed off to Cosme or any of the other hijackers does not somehow make that less of an operational account. What do you mean by that language, an operational account for 9-11? It was set up by the paymaster for 9-11. The funds were available to be used if they were needed. They were used to fund his escape from Dubai to Pakistan on September 10th. So the only thing that those monies ever were actually used for, I mean, is for And the money was put there, and then the 9-11 attacks are funded from something else. And then the guy who put it there uses it for his own personal escape to Pakistan. Is that a fair statement of what you're agreeing? As far as the denomination of currency that went in and whether we can trace that precisely to Well, I'm just saying there's no money that ever, the simplest case, but I doubt this would be true, is that the money just sat there, period, after it was put there until he took it all out and went to Pakistan. Is that true or not true? I do not think we have evidence at this point that the money that was in that specific account was specifically transferred to any of the hijackers directly. But money is fungible. And so the fact that it was available for his control Well, money is fungible, but I mean, still, does that mean that any money that anybody connected to Al-Qaeda had in the Dubai Bank or in any other bank in the world means that that bank could be charged with liability or even sued in an effort to charge them with or bin Laden or some other front? No, Your Honor, because that's not the only piece of evidence we have. You have to look at this Yeah, but the only way we can figure out what evidence you have is to go through each piece one at a time, right? Right. And this piece, which looks very promising and was indeed, was that one of the things that was in the original complaint? Was that that account? Yes. Yeah. But it turns out that after discovery, that money was not, in fact, used. None of that money ever went towards the 9-11 attacks. Right. And my entire point there, Your Honor, was that was an operational account. It's not like it was somehow segregated from this. Well, I understand, but an operational account. It's a checking account, in effect, right? It's an account that can be used. The money can be taken out and used for whatever the guy who put it there, who has control of the account, wants to use it for. Yes, Your Honor. And if that were the only piece of evidence we had, I can understand some skepticism. But you have to look at it in context of everything else. And you have to start before in 1992 with the chairman specifically signing off on these letters of credit, the relationship. But in 1992, this – and I thought you told me at the beginning that you agreed that the – what has to be shown to – for the substantive liability, anyway, is provide – knowingly providing substantial assistance to this attack. Right? To this tort. Yes, Your Honor. But what I'm saying is you have to look at – under Halberstam, we look at the duration of the contacts or the duration of the relationship. This relationship is not something that starts in 2001. It is something that starts a decade before where you have the chairman, the CIA, finding his personal friends with bin Laden. He's aware of what's going on. But by – But before the 9-11 plan is formulated or right around the time that it's being formulated, he's kicked out. Well, I think that's disputed in the record. And we're here again on summary judgment. So I think you need to take, you know, our view of the evidence on that. But again – But what is the evidence that he wasn't kicked out? I didn't understand that to be actually disputed. Or it's that – I think it's – The actual dates don't quite match up.  But even if you fast forward to when Luta is removed or steps down as chairman or whatever, then you're looking at the United States finding that there's back channel going on. You're looking at the investigation that's going on then. You're looking at all of that. And so my point is just – So tell me, what's the best piece? What's the best piece you've got of evidence that Dubai Islamic Bank knowingly provided substantial assistance to the tort, the grievous tort, that was committed against my city and all the people in it and certainly the people who died as a result of it on September 11, 2001? Yes, Your Honor. I think it's that the United States made this investigation, made the finding of a back channel, and then we have the paymaster operating an account there. Can I ask you just to respond to the point that Mr. Francisco made about the background international law rules? So if the story of international human contacts is that there were these background general law rules about territoriality and the reach of a particular state or sovereign's courts, and then it was correct and penoyer to say that the due process clause required the evaluation of whether a judgment was entered with jurisdiction, but then there was a confusion and it just sort of became this kind of personal right and that whole story. So if we were to say that actually that was a misunderstanding, but if we go back to the way it was originally understood, why aren't there still international law rules kind of lurking in the background that would be applied when we evaluate whether a judgment was entered with jurisdiction? I mean, I think you would, as a default, it would be the general law that was there. But, again, I think we have 4K2 here that extends it beyond, and I think you would have 4K2 and then you have the Anti-Terrorism Act here, where Congress has explicitly made clear that it wants it to go farther. Okay. Thank you for that. Your Honor, I would ask that at a minimum. Can I ask you one more question? Yes, Your Honor. So you heard Mr. Francisco's answer to my question. If we were to remand this to allow Judge Daniels, and this is the minimum, you think, to allow Judge Daniels to determine in the first instance what fold means and to analyze and reanalyze this under fold, would you agree that that's the narrowest way to deal with this? Yes, Your Honor. I think vacating and remanding in light of fold is the narrowest way. I would just say one thing about the merits there is there was no motion for summary judgment on the merits. And so. Meaning what? That that was never decided in the district court. We never had our own. It's jurisdictional. No, no. I understand. I understood my friend to be saying that, you know, that we should somehow jump to the merits because that lines up somewhat. One of those. One of the others. And all I'm saying is there was no motion for summary judgment on the merits in the district court. I understand. And so I think, you know, we're entitled to our 56D opportunity to seek further discovery to the extent we think. Thank you so very much. Thank you, Your Honor. It was a good decision. Good afternoon.